Mark R. Thierman, SBN 72913
Micheline N. Fairbank, SBN 226038
**THIERMAN LAW FIRM P.C.**
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500 Fax (775) 703-5027
Electronic mail: laborlawyer@pacbell.net

H. Tim Hoffman, SBN 49141
W. Lazear, SBN 83603
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiff and Plaintiff Class

ORIGINAL FILED
APR 28 PM 3:02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF AND MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>Defendants. | Case No. C 04-00336 JSW<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT<br><br>**BY FAX**<br><br>Hearing Date: July 30, 2004<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2 17th Floor |

MOTION TO AMEND COMPLAINT

1  Mark R. Thierman, SBN 72913
   Micheline N. Fairbank, SBN 226038
2  **THIERMAN LAW FIRM P.C.**
   7287 Lakeside Drive
3  Reno, NV 89511
   Telephone (775) 284-1500 Fax (775) 703-5027
4  Electronic mail:laborlawyer@pacbell.net

5
   H. Tim Hoffman, SBN 49141
6  W. Lazear, SBN 83603
   **HOFFMAN & LAZEAR**
7  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
8  Telephone: (510) 763-5700

9  Attorneys for Plaintiff and Plaintiff Class

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF AND MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>Defendants. | Case No. C 04-00336 JSW<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT**<br><br>Hearing Date: July 30, 2004<br>Hearing Time: 9:00 a.m.<br>Courtroom:   2 17th Floor |

MOTION TO AMEND COMPLAINT                                          1

## **NOTICE OF MOTION & MOTION**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 30, 2004 at 9:00 a.m., or as soon thereafter as the matter may be heard in Department 2 at 450 Golden Gate Avenue, San Francisco, CA 94102, California, Plaintiff will move and hereby does move, this court, for an order granting Plaintiff's motion to file a first amended complaint, a copy of which is attached hereto as Exhibit A. The purpose of this amended complaint is to add new legal theories based upon the newly enacted Private Attorney General Act under CAL. LAB. CODE § 2699 and to delete the $75,000 limit on named Plaintiffs' claims. This motion is submitted with the accompanying Memorandum of Points and Authorities and Declaration of Micheline N. Fairbank, the pleadings, papers and records in this action, and on such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated: April 28, 2004.

Respectfully submitted,
THIERMAN LAW FIRM

By: *Micheline N. Fairbank*
Mark R. Thierman
Micheline N. Fairbank
Attorneys for Plaintiffs