Mark R. Thierman, SBN 72913
Micheline N. Fairbank, SBN 226038
**THIERMAN LAW FIRM P.C.**
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500 Fax (775) 703-5027
Electronic mail:laborlawyer@pacbell.net

H. Tim Hoffman, SBN 49141
W. Lazear, SBN 83603
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiff and Plaintiff Class

ORIGINAL FILED
APR 28 PM 3:02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF AND MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>Defendants. | Case No. C 04-00336 JSW<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>DECLARATION OF MICHELINE N. FAIRBANK IN SUPPORT OF PLAINTIFFS' MOTION TO FILE FIRST AMENDED COMPLAINT<br><br>Hearing Date: July 30, 2004<br>Hearing Time: 9:00 a.m.<br>Courtroom: 2 17th Floor |

BY FAX

I, Micheline N. Fairbank, hereby declare and state:

I am an attorney at law admitted to the bar of this court. During the months of March and April, 2004, I had several conversations and left messages with my opposing counsel

| | |
|---|---|
| 1 | Mark R. Thierman, SBN 72913 |
| | Micheline N. Fairbank, SBN 226038 |
| 2 | **THIERMAN LAW FIRM P.C.** |
| | 7287 Lakeside Drive |
| 3 | Reno, NV 89511 |
| | Telephone (775) 284-1500 Fax (775) 703-5027 |
| 4 | Electronic mail:laborlawyer@pacbell.net |
| 5 | |
| | H. Tim Hoffman, SBN 49141 |
| 6 | W. Lazear, SBN 83603 |
| | **HOFFMAN & LAZEAR** |
| 7 | 180 Grand Avenue, Suite 1550 |
| | Oakland, CA 94612 |
| 8 | Telephone: (510) 763-5700 |
| 9 | |
| | Attorneys for Plaintiff and Plaintiff Class |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF AND MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated, | ) ) ) ) ) | Case No. C 04-00336 JSW<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**DECLARATION OF MICHELINE N. FAIRBANK IN SUPPORT OF PLAINTIFFS' MOTION TO FILE FIRST AMENDED COMPLAINT** |
| Plaintiffs, | ) ) | |
| vs. | ) | Hearing Date: July 30, 2004 |
| EMC CORPORATION, and Does 1 through 50, | ) ) ) | Hearing Time: 9:00 a.m.<br>Courtroom: 2 17th Floor |
| Defendants. | ) ) | |

I, Micheline N. Fairbank, hereby declare and state:

I am an attorney at law admitted to the bar of this court. During the months of March and April, 2004, I had several conversations and left messages with my opposing counsel

DECLARATION OF MICHELINE N. FAIRBANK I/S/O MOTION TO FILE FIRST AMENDED COMPLAINT      1

1  trying to arrange for a stipulation with opposing counsel to allow the filing of the second
2  amended complaint. I most recently spoke to Mr. Howard Hay, who stated that his client would
3  not stipulate to the filing of the [Proposed] First Amended Complaint.
4      I declare under penalty of perjury of the laws of the United State of America that the
5  above is true and correct.
6  Executed this 27th day of April, 2004 at Reno, Nevada.

*Micheline N. Fairbank*
Micheline N. Fairbank, CSB # 226038
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027