UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF, and MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION,<br><br>Defendant. | CASE NO. C 04-00336 JSW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE HEARING DATES FOR CROSS MOTIONS FOR SUMMARY JUDGMENT, JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT REGARDING "LEASE CLAIMS" AND CASE MANAGEMENT CONFERENCE |

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED, that the hearing date on the parties' cross motions for summary judgment, the joint motion for preliminary approval of class action settlement regarding "lease claims" and the case management conference shall be continued from Friday, September 2, 2005 to Friday, September 30, 2005 at 9:00 a.m. in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: \_\_\_\_April 27\_\_\_\_, 2005.

/s/ Jeffrey S. White
Jeffrey S. White
Judge of the District Court

Case No. C 04-00336 JSW
SF/362877.1

-1-

[~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE