UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF, and MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION,<br><br>Defendant. | CASE NO. C 04-00336 JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE<br><br>[CLASS ACTION] |

1  PURSUANT TO THE PARTIES' JOINT STIPULATION IN SUPPORT OF
2  DEFENDANT EMC CORPORATION'S MOTION TO CONTINUE THE TRIAL DATE AND
3  GOOD CAUSE APPEARING, IT IS SO ORDERED, that the trial date in this matter shall be
4  continued from Monday, November 14, 2005 to __January 30, 2006__ ~~, 200~~ at
5  8:30 a.m. in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue,
6  San Francisco, California. The Court FURTHER ORDERS that the pretrial conference
7  currently scheduled for October 24, 2005 is CONTINUED to January 9, 2006 at 2:00 p.m.

8  Dated: __August 25__, 2005.          _____/s/ Jeffrey S. White_____
                                         Jeffrey S. White
9                                        Judge of the District Court

Case No. C 04-00336 JSW            -1-            [~~PROPOSED~~] ORDER GRANTING MOTION
SF/375451.1                                              TO CONTINUE TRIAL DATE