IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PRAFF, KATHLEEN ANN PRAFF, and MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>   Defendant. | No. C 04-00336 JSW<br><br>**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE** |

  Pursuant to Local Rule 72-1, Defendant EMC's Corporation's motion for attorneys' fees is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, January 13, 2006 is HEREBY VACATED.

  **IT IS SO ORDERED.**

Dated: November 15, 2005

                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE

cc: Wings Hom