UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ROBERT OSBORN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> EMC CORPORATION, <br><br> Defendant(s). | No. C04-0336 JSW (BZ) <br><br> **SCHEDULING ORDER** |

Judge White has referred defendant's motion to me for a report and recommendation. **IT IS HEREBY ORDERED** that plaintiffs shall file their opposition by **December 14, 2005.** Any reply shall be filed by **December 21, 2005.** If the court determines that a hearing is necessary it will be held on **January 4, 2006, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

DATED: November 29, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\OSBORN\SCHEDULING ORDER.WPD

1