UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ROBERT OSBORN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> EMC CORPORATION, <br><br> Defendant(s). | No. C04-0336 JSW (BZ) <br><br> **AMENDED SCHEDULING ORDER** |

Plaintiffs having already filed their opposition, **IT IS HEREBY ORDERED** that my Scheduling Order dated November 29, 2005 is amended as follows:  Any reply shall be filed by **December 9, 2005.**  Except as modified herein, the Scheduling Order remains unchanged.

DATED: December 5, 2005

　　　　　　　　　　　　　　　　　　　_Bernard Zimmerman_
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\OSBORN\SCHEDULING ORDER.2.WPD

1