1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   HOWARD C. HAY (SB# 46386)
2  695 Town Center Drive
   Seventeenth Floor
3  Costa Mesa, CA 92626-1924
   Telephone: (714) 668-6200
4  Facsimile: (714) 979-1921
   howardhay@paulhastings.com
5
   SARAH A. JAIN (SB# 215147)
6  Twenty-Fourth Floor
   55 Second Street
7  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
8  Facsimile: (415) 856-7100
   sarahjain@paulhastings.com
9
   Attorneys for Defendant
10 EMC CORPORATION

11            UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 BRET ROBERT OSBORN, MICHAEL          CASE NO. C 04-00336 JSW (BZ)
   PFAFF, KATHLEEN ANN PFAFF and
16 MARTY GAYLE OSBORN, on behalf of     **DEFENDANT EMC CORPORATION'S**
   themselves, the general public, and all   **REQUEST FOR AN EXTENSION OF**
17 others similarly situated,            **TIME TO FILE REPLY IN SUPPORT OF**
                                         **MOTION FOR ATTORNEYS' FEES ON**
18            Plaintiffs,                **SALES-RELATED CLAIMS AGAINST**
                                         **PLAINTIFFS**
19      vs.
                                         **[CALIFORNIA LABOR CODE § 218.5]**
20 EMC CORPORATION,
                                         Date: January 4, 2006
21            Defendant.                 Time: 10:00 a.m.
                                         Hon: Bernard Zimmerman
22

23

24

25

26

27

28

1                On November 30, 2005, this Court issued a Scheduling Order stating that plaintiffs

2 shall file their opposition to defendant's motion for attorneys' fees by December 14, 2005, and

3 defendant EMC Corporation shall file its reply by December 21, 2005. On Tuesday, December 6,

4 2005, the Court issued an Amended Scheduling Order, stating that since plaintiffs had already

5 filed their opposition, defendant's reply shall be filed by Friday, December 9, 2005. This

6 Amended Order gave defendant only 3 days' notice to prepare and file its reply. Defendant

7 requires more time to adequately prepare its reply brief. Accordingly, Defendant requests a short

8 extension until Wednesday, December 14, 2005 to enable it to respond properly to plaintiffs'

9 opposition.

10

11

12 DATED: December 7, 2005           PAUL, HASTINGS, JANOFSKY & WALKER LLP

13

14 By: _____

15                             SARAH A. JAIN
                            Attorneys for Defendant
                            EMC CORPORATION

16

17 LEGAL_US_W # 53081652.1



18           Dec. 13, 2005

19             GRANTED

20

21           Judge Bernard Zimmerman

22

23

24

25

26

27

28

---