| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | HOWARD C. HAY (SB# 46386) |
| 2 | 695 Town Center Drive |
| | Seventeenth Floor |
| 3 | Costa Mesa, CA 92626-1924 |
| | Telephone: (714) 668-6200 |
| 4 | Facsimile: (714) 979-1921 |
| | howardhay@paulhastings.com |
| 5 | |
| | SARAH A. JAIN (SB# 215147) |
| 6 | Twenty-Fourth Floor |
| | 55 Second Street |
| 7 | San Francisco, CA 94105-3441 |
| | Telephone: (415) 856-7000 |
| 8 | Facsimile: (415) 856-7100 |
| | sarahjain@paulhastings.com |
| 9 | |
| | Attorneys for Defendant |
| 10 | EMC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF and MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION,<br><br>Defendant. | CASE NO. C 04-00336 JSW (BZ)<br><br>**REQUEST FOR AN EXTENSION OF TIME FOR SETTLEMENT NEGOTIATIONS REGARDING MOTION FOR ATTORNEYS' FEES ON SALES-RELATED CLAIMS AGAINST PLAINTIFFS**<br><br>**[CALIFORNIA LABOR CODE § 218.5]**<br><br>Date: February 1, 2006<br>Time: 10:00 a.m.<br>Hon: Bernard Zimmerman |

1  The parties have reached a tentative agreement which, when signed, will involve
2  withdrawal of Defendant EMC's motion for attorneys' fees. The parties require a little additional
3  time to finalize the details of their agreement, and request the Court give the parties until
4  Tuesday, January 24, 2006 to advise the Court if the issues have been resolved and the motion is
5  being withdrawn.

7  DATED: January 13, 2006            PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                      By: _____
                                           SARAH A. JAIN
                                           Attorneys for Defendant
                                           EMC CORPORATION

14 DATED: January 17, 2006            REQUEST GRANTED:

                                      _____
                                      Bernard Zimmerman
                                      United States Magistrate

   LEGAL_US_W # 53176825.1

**IT IS SO ORDERED**
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

REQUEST FOR AN EXTENSION OF TIME FOR SETTLEMENT NEGOTIATIONS REGARDING MOTION FOR ATTORNEYS' FEES