PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921
howardhay@paulhastings.com

SARAH A. JAIN (SB# 215147)
Twenty-Fourth Floor
55 Second Street
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
sarahjain@paulhastings.com

Attorneys for Defendant
EMC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF and MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION,<br><br>Defendant. | CASE NO. C 04-00336 JSW (BZ)<br><br>**DEFENDANT EMC CORPORATION'S WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES ON SALES-RELATED CLAIMS AGAINST PLAINTIFFS AND REQUEST TO TAKE MOTION OFF CALENDAR**<br><br>[CALIFORNIA LABOR CODE § 218.5]<br><br>Date: February 1, 2006<br>Time: 10:00 a.m.<br>Hon: Bernard Zimmerman |

LEGAL_US_W # 53203059.1

DEF. EMC CORPORATION'S WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES

1       The parties have resolved the issues between them regarding Defendant EMC
2 Corporation's motion for attorneys' fees. Therefore, EMC withdraws its motion for attorneys'
3 fees on sales-related claims against plaintiffs and requests that the Court take off calendar the
4 motion hearing scheduled for February 1, 2006 at 10:00 a.m.

6 DATED: January 24, 2006       PAUL, HASTINGS, JANOFSKY & WALKER LLP

8                                     By: 
9                                             SARAH A. JAIN
                                            Attorneys for Defendant
                                            EMC CORPORATION



Defendant's request to take motion off calendar is GRANTED. The February 1, 2006 hearing date is VACATED.

  dated: January 25, 2006

LEGAL_US_W # 53203059.1

DEF. EMC CORPORATION'S WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES