IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PRAFF, KATHLEEN ANN PRAFF, and MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>　　　　Defendant.<br>_____/ | No. C 04-00336 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS** |

　　　　TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON APRIL 24, 2006:

　　　　The Court **tentatively GRANTS** the parties' joint motion for final approval of class action settlement regarding "lease claims." The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument

or additional briefing. *Cf.* Civ. L.R. 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The parties shall have fifteen minutes to address the following questions:

(1) Is there anyone present who objects to the proposed settlement or who has a dispute regarding their share of the Net Settlement Amount?

(2) Have the parties or A.B. Data Class Action Support Services ("A.B. Data") received any objections or disputes regarding class members' share of the settlement amount since March 10, 2006, the date of the Declaration by Anya Verkhovskaya?

(3) Ms. Verkhovskaya states in her declaration that nine Notice Booklets were initially returned to A.B. Data as undeliverable and that A.B Data conducted a search for these class members' addresses and subsequently mailed Notice Booklets to these updated addresses. When were these Notice Booklets returned as undeliverable, and when did A.B. Data mail new Notice Booklets to the updated addresses?

(4) Do the parties have anything further to add?

**IT IS SO ORDERED.**

Dated: April 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2