MARK R. THIERMAN, SBN 72913
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500
Fax (775) 703-5027
Electronic mail:laborlawyer@pacbell.net

H. TIM HOFFMAN SBB 49141
ARTHUR W. LAZEAR SBN 83603
HOFFMAN & LAZEAR
180 Grand Avenue Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5800

Attorneys for Plaintiff and Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF AND MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>                  Defendants. | Case No. C 04-00336 JSW<br><br>[PROPOSED] ORDER GRANTING ATTORNEY'S FEES AND COSTS<br><br>DATE: April 28, 2006<br>TIME: 9:00 a.m.<br>HON. Jeffrey S. White |

This matter came before the Court for hearing on April 28, 2006, at 9:00 a.m. before Judge Jeffrey S. White, presiding and counsel of record appearing for Plaintiffs and Defendant.

After full consideration of the evidence and on the separate statements of each party, and the authorities submitted by counsel, as well as counsel's oral argument, and the submitted documentation the court finds that there is sufficient reasoning to allow that Class Counsel be awarded $122,887.50 which represents twenty-five (25%) percent of $491,550.00 which is the Maximum Payment and $13,845.23 for costs that Class Counsel has incurred.

It is THEREFORE ORDERED that Class Counsel be awarded a total amount of $136,732.73 which represents Class Counsel fees and costs.

Dated this 11 day of May, 2006.

_____
Honorable Jeffrey S. White

Approved as to Form

_____
By: Sarah Jain
Paul, Hastings, Janofsky & Walker, LLP
Attorneys for Defendant EMC Corporation

[PROPOSED] ORDER GRANTING ATTORNEY'S FEES
CASE #: 04-00336 JSW

1