UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRET ROBERT OSBORN, MICHAEL PFAFF, KATHLEEN ANN PFAFF AND MARTY GAYLE OSBORN, on behalf of themselves, the general public, and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>EMC CORPORATION, and Does 1 through 50,<br><br>  Defendant. | CASE NO. C 04-00336 JSW<br><br>[PROPOSED] JUDGMENT FOR CLASS ACTION SETTLEMENT OF "LEASE CLAIMS" ASSERTED IN THIS MATTER<br><br>DATE:  April 28, 2006<br>TIME:  9:00 a.m.<br>HON.   Jeffrey S. White |

Case No. C 04-00336 JSW
LEGAL_US_W # 53606823.1

[PROPOSED] JUDGMENT

|   |   |
|---|---|
| 1 | This matter came before the Court, the Honorable Jeffrey S. White presiding, on April 28, 2006, at 9:00 a.m. pursuant to the parties' joint motion for final approval of the class action settlement regarding the lease claims asserted in this matter. |

This matter came before the Court, the Honorable Jeffrey S. White presiding, on April 28, 2006, at 9:00 a.m. pursuant to the parties' joint motion for final approval of the class action settlement regarding the lease claims asserted in this matter.

IT IS ORDERED, ADJUDGED AND DECREED that this judgment is based on the Court's Order Granting Joint Motion For Final Approval Of Class Action Settlement Regarding "Lease Claims" entered on May 1, 2006. The Lease Claims are hereby dismissed with prejudice from the Lawsuit.

IT IS SO ORDERED.

Dated: June 9, 2006

_____
Jeffrey S. White
Judge of the District Court

APPROVED AS TO FORM:

Dated: May 23, 2006    MARK R. THIERMAN
THIERMAN LAW FIRM

By: _____
Mark R. Thierman

Attorney for Plaintiffs Bret Robert Osborn, Michael Pfaff, Kathleen Ann Pfaff and Marty Gayle Osborn

Dated: May 23, 2006    SARAH A. JAIN
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Sarah A. Jain

Attorneys for Defendant
EMC Corporation

Case No. C 04-00336 JSW
LEGAL_US_W # 53606823.1

-1-

[PROPOSED] JUDGMENT